IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-1096-WJM-CBS

POTTER VOICE TECHNOLOGIES, LLC

 Plaintiff,

v.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.,
SONY MOBILE COMMUNICATIONS (U.S.A.), INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION, and
MICROSOFT CORPORATION,

 Defendants.

_____

**ORDER ON STIPULATION BY PLAINTIFF AND DEFENDANT MICROSOFT CORPORATION REGARDING MICROSOFT CORPORATION'S MOTION TO DISMISS FOR IMPROPER JOINDER UNDER 35 U.S.C. § 299**
_____

 This matter is before the Court on Plaintiff and Defendant Microsoft Corporation's Stipulation regarding Microsoft Corporation's Motion to Dismiss for Improper Joinder Under 35 U.S.C. 299, filed June 6, 2012 (ECF No. 48).  The Court having reviewed the

Stipulation and being fully advised hereby ORDERS as follows:

The Stipulation is GRANTED. The Court will take Microsoft's Motion to Dismiss for Improper Joinder Under 35 U.S.C. 299 (ECF No. 10) under review as a Motion to Dismiss the later-filed Amended Complaint for Patent Infringement and Jury Demand (ECF No. 40).

Dated this 12th day of June, 2012.

BY THE COURT:

William J. Martínez
United States District Judge