**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-01096-REB-CBX

POTTER VOICE TECHNOLOGIES LLC,

       Plaintiff,

vs.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SONY MOBILE COMMUNICATIONS AB,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
MOTOROLA SOLUTIONS, INC.,
MOTOROLA MOBILITY, INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

       Defendants.

---

### ORDER DISMISSING MOTOROLA SOLUTIONS, INC., ONLY

---

**Blackburn, J.**

       The matter is before me on **Potter Voice Technologies LLC's Notice of**

**Dismissal of Motorola Solutions, Inc.** [#84][1] filed June 20, 2012.  After reviewing the

---

[1] "[#84]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

notice and the record, I conclude that the notice should be approved and that plaintiff's

claims against defendant Motorola Solutions, Inc. should be dismissed.

THEREFORE, IT IS ORDERED as follows:

1. That **Potter Voice Technologies LLC's Notice of Dismissal of Motorola**

**Solutions, Inc.** [#84] filed June 20, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant Motorola Solutions, Inc. Are

**DISMISSED**; and

3. That defendant Motorola Solutions, Inc. is **DROPPED** as a named party to

this action, and the case caption is amended accordingly.

Dated June 21, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge