## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 12-cv-01096-REB-CBX

POTTER VOICE TECHNOLOGIES LLC,

    Plaintiff,

vs.

APPLE, INC.,
GOOGLE, INC.,
HTC AMERICA, INC.,
SONY MOBILE COMMUNICATIONS AB,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
ZTE (USA) INC.,
KYOCERA INTERNATIONAL, INC.,
SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
HUAWEI DEVICE USA, INC.,
PANTECH WIRELESS, INC.,
RESEARCH IN MOTION LIMITED,
RESEARCH IN MOTION CORPORATION,
MICROSOFT CORPORATION, and
NOKIA, INC.,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on the **Joint Motion To Amend Order For Briefing on *Markman* Issues** [#185][2] filed August 14, 2012. After reviewing the motion and the record, the court has concluded that the motion should be granted.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#185]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Amend Order For Briefing on *Markman* Issues** [#185] filed August 14, 2012, is **GRANTED**,

2. That the court's **Order For Briefing on *Markman* Issues** [#74] entered June 18, 2012, is **AMENDED** as follows:

- October 23, 2012    -    joint claim construction statement;
- October 30, 2012    -    plaintiff's brief on claim construction;
- November 20, 2012 -    defendant's response on claim construction;
- November 30, 2012 -    plaintiff's reply on claim construction; and

3. The court's **Order For Briefing on *Markman* Issues** [#74] entered June 18, 2012, is amended accordingly to the limited extent necessary to facilitate and implement this order.

Dated:  August 15, 2012