Christopher D. Banys (State Bar No. 230038)
Richard C. Lin (State Bar No. 209233)
Jennifer C. Lu (State Bar No. 255820)
cdb@banyspc.com
rcl@banyspc.com
jcl@banyspc.com
BANYS, P.C.
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

Attorneys for Plaintiff
POTTER VOICE TECHNOLOGIES LLC

Timothy S. Teter (State Bar No. 171451)
teterts@cooley.com
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Eamonn Gardner (CO.State Bar No. 38088)
Matthew Leary (CO.State Bar No. 43610)
egardner@cooley.com
mleary@cooley.com
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| POTTER VOICE TECHNOLOGIES LLC<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No.  4:13-cv-01710-CW<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY CASE SCHEDULE** |

[PROPOSED] ORDER GRANTING JOINT
MOTION TO MODIFY CASE SCHEDULE

CASE NO.: 4:13-CV-01710-CW

WHEREFORE, this Court has considered Plaintiff Potter Voice Technologies LLC ("Potter Voice") and Defendant Apple Inc. ("Apple")'s Joint Motion to Modify Case Schedule.

WHEREFORE, good cause appearing, it is therefore ORDERED:

1. Apple has until November 8, 2013 to produce non-email documents (including specifications, design documents, schematics, and product literature) and make available for inspection source code sufficient to show the structure, function, and operation of the accused Siri system;
2. Potter Voice has until December 20, 2013 to serve its final infringement contentions;
3. The parties have until January 20, 2014 to exchange claim terms for construction;
4. The parties have until February 6, 2014 to exchange proposed constructions of claim terms;
5. Apple has until February 6, 2014 to serve its final invalidity contentions.

SO ORDERED this __24th__ day of __November__, 2013

_____
Honorable Claudia Wilken
Judge, United States District Court