IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POTTER VOICE TECHNOLOGIES, LLC, | No. C 13-1710 CW |
| Plaintiff, | ORDER DIRECTING PARTIES TO SUBMIT A STATUS REPORT |
| v. | |
| APPLE INC., et al., | |
| Defendants. | |

On June 2, 2014, the Court granted the parties' second joint motion to stay this case until the District of Colorado issues an order on claim construction in the related case, <u>Potter Voice Technologies LLC v. Apple Inc.</u>, D. Co. Case No. 12-1096. The Court further ordered that the January 5, 2015 trial date would remain on calendar. The Court has not received any further updates from the parties. Accordingly, the parties are hereby ordered to meet and confer to discuss a proposed plan for the resolution of this case and to file a joint status report, including updated proposed dates.

IT IS SO ORDERED.

Dated: November 6, 2014

CLAUDIA WILKEN
United States District Judge