IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POTTER VOICE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | No. C 13-1710 CW<br><br>ORDER LIFTING STAY, VACATING TRIAL DATE AND DIRECTING PARTIES TO MEET AND CONFER REGARDING CASE SCHEDULING |

On June 2, 2014, the Court granted the parties' second joint motion to stay this case until the District of Colorado issues an order on claim construction in the related case, <u>Potter Voice Technologies LLC v. Apple Inc.</u>, D. Co. Case No. 12-1096. The Court further ordered that the January 5, 2015 trial date would remain on calendar. On November 6, 2014, the Court directed the parties to submit a status report, including updated proposed dates.

The parties have filed a status report indicating that the Colorado court has not yet issued an order on claim construction and that there are pending motions to lift the stay of discovery and to set a case management conference in the Colorado action. The parties request that this Court continue the stay in this case until January 9, 2015 to permit the Colorado court to address the pending motions. The Court will not continue the stay in this case. The Court hereby lifts the stay, vacates the January 5, 2015 trial date and directs the parties to meet and confer regarding a schedule to move this case forward. If the parties are unable to file a stipulated schedule by December 10, 2014,

1 they shall instead file a joint case management statement on that
2 date, outlining their proposed schedules and any areas of
3 disagreement and appear for a case management conference at the
4 time of the previously scheduled pretrial conference, December 17,
5 2014 at 2:00 PM.
6     IT IS SO ORDERED.

8 Dated: November 21, 2014      CLAUDIA WILKEN
                                United States District Judge