IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

POTTER VOICE TECHNOLOGIES, LLC,

    Plaintiff,

  v.

APPLE INC., et al.,

    Defendants,
_____/

No. C 13-1710 CW

ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING CASE SCHEDULE

On November 21, 2015, the Court entered an order lifting the stay, vacating the January 5, 2015 trial date and directing the parties to meet and confer regarding a schedule to move this case forward. The parties have now submitted a joint proposed case management schedule. The Court hereby vacates the December 17, 2014 case management conference and adopts the parties' proposal except for the following dates.

| Event | Proposed Deadline | Court's Deadline |
|---|---|---|
| Further case management conference and hearing on all case-dispositive motions | September 21, 2015 | September 17, 2015 |
| Final Pretrial Conference | October 28, 2015 | December 16, 2015 |
| Trial | November 9, 2015 | January 11, 2016 |

IT IS SO ORDERED.

Dated:  December 11, 2014

_____
CLAUDIA WILKEN
United States District Judge