IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POTTER VOICE TECHNOLOGIES, LLC, | No. C 13-1710 CW |
| Plaintiff, | ORDER VACATING DENIAL OF MOTION TO SEAL AND GRANTING MOTION TO SEAL |
| v. | |
| APPLE INC., et al., | |
| Defendants. | (DOCKET NO. 399) |

On March 20, 2015, the Court denied Plaintiff Potter Voice Technologies LLC's motion to file under seal Exhibits 1, 4 and 5 to the Declaration of Richard C. Lin in support of Potter Voice's Unopposed Motion to Amend Final Infringement Contentions because Defendant Apple failed to submit a declaration establishing the designated material as sealable within four days as required under Civil Local Rule 79-5(e).

On March 16, 2015, Apple had filed a belated declaration from Benjamin G. Damstedt in support of Potter Voice's motion to seal. Mr. Damstedt explains that Exhibits 1, 4 and 5 are different versions of Potter Voice's original and amended infringement contentions. Mr. Damstedt maintains that each version contains highly confidential and commercially sensitive information, including references and quotations about the operation of Apple's Siri function and citations to internal Apple technical documentation, Apple source code, and technical information provided by Apple's witnesses. Due to the extensive confidential information throughout the three exhibits, Apple requests that Exhibits 1,4 and 5 be sealed in their entireties. The Court finds

1 that the exhibits are confidential and fall within the class of
2 materials that may be filed under seal.
3     Due to the sensitive nature of this information, Order No.
4 405 is VACATED and Potter Voice's administrative motion to seal
5 (Docket No. 399) is GRANTED.

7     IT IS SO ORDERED.

9 Dated: March 24, 2015                    _____
10                                          CLAUDIA WILKEN
                                            United States District Judge

2