| | |
|---|---|
| BANYS, P.C.<br>Christopher D. Banys (State Bar No. 230038)<br>Richard C. Lin (State Bar No. 209233)<br>Jennifer L. Gilbert (State Bar No. 255820)<br>cdb@banyspc.com<br>rcl@banyspc.com<br>jlg@banyspc.com<br><br>1032 Elwell Court, Suite 100<br>Palo Alto, California 94303<br>Telephone: (650) 308-8505<br>Facsimile: (650) 353-2202<br><br>Attorneys for Plaintiff<br>Potter Voice Technologies LLC | COOLEY LLP<br>Timothy S. Teter (171451)<br>(teterts@cooley.com)<br>Benjamin G. Damstedt (230311)<br>(bdamstedt@cooley.com)<br>3175 Hanover St.<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Eamonn Gardner (pro hac vice)<br>(egardner@cooley.com)<br>Matthew Leary (pro hac vice)<br>(mleary@cooley.com)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099<br><br>Attorneys for Defendant Apple Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Potter Voice Technologies LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Apple Inc.,<br><br>        Defendant. | Case No. 13-1710-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET DISCOVERY DEADLINES AND HEARING DATE**<br><br>Judge: Hon. Claudia Wilken |

Pursuant to Civ. L.R. 6-2, Plaintiff Potter Voice Technologies LLC ("Potter Voice") and Defendant Apple Inc. ("Apple") jointly and respectfully stipulate and request an order resetting the following discovery-related deadlines.

The parties have been working diligently and cooperatively to conduct discovery and schedule depositions. To better prepare the case and address the unavailability of several witnesses, the parties request a 2-week extension for the fact discovery deadline. To accommodate that extension, the parties also request a 2-week extension for opening expert reports and a 2-week extension for rebuttal expert reports. These requested extensions of discovery deadlines would not affect any court date or any other deadline.

| Event | Current Date | Requested Date |
|---|---|---|
| Complete fact discovery | April 17, 2015 | May 1, 2015 |
| Opening expert reports | May 22, 2015 | June 5, 2015 |
| Rebuttal expert reports | June 22, 2015 | July 6, 2015 |

In addition, on March 20, 2015, the Court granted leave for Apple to file its Motion re Invalidity Under Section 101. In its order, the Court scheduled oral argument on the motion for May 7, 2015, at 2 pm. The parties jointly request that oral argument be rescheduled for May 28, 2015, at 2 pm—a date and time that appear to be available on the Court's calendar. In addition to allowing more time for the parties and Court to prepare for the oral argument, the extension would address a scheduling conflict for Apple's counsel. Apple's counsel are currently scheduled to present oral argument in the Court of Appeals for the Federal Circuit in Washington D.C. on May 8, 2015, at 10am, in a separate matter, *ParkerVision v. Qualcomm*, Nos. 2014-1612, -1655 (Fed. Cir.). As to May 14, 2015 and May 21, 2015, Potter Voice's counsel are currently scheduled for a *Markman* hearing in a separate matter, *Adaptix v. HTC*, No. 5:14-cv-02359, on the 14th and scheduled to present arguments at a hearing in *Rosset, et al. v. Hunter Engineering Co.*, No. C 14-01701 LB on the 21st.

| Event | Current Date | Requested Date |
|---|---|---|
| Hearing on Invalidity Motion (Dkt. 408) | May 7, 2015 at 2 pm | May 28, 2015 at 2 pm |

Pursuant to Civil L.R. 6-2(c), the following time modifications have previously been entered in this case: (1) the case was stayed from March 20, 2014, through November 21, 2014 (Dkt. 388, 391); (2) on November 21, 2014, the Court lifted the stay and ordered the parties to submit a proposed case schedule (Dkt. 395); (3) on December 11, 2014, the Court set the current case schedule (Dkt. 397).

Accordingly, the parties jointly request that the Court extend the schedule as noted above.

IT IS SO STIPULATED:

Dated:                                    /s/ Jennifer L. Gilbert
                                          Christopher D. Banys   (State Bar No. 230038)
                                          Richard C. Lin         (State Bar No. 209233)
                                          Jennifer L. Gilbert    (State Bar No. 255820)
                                          BANYS, P.C.
                                          cdb@banyspc.com
                                          rcl@banyspc.com
                                          jlg@banyspc.com

                                          1032 Elwell Court, Suite 100
                                          Palo Alto, California 94303
                                          Telephone:  (650) 308-8505
                                          Facsimile:  (650) 353-2202

                                          Attorneys for Plaintiff
                                          Potter Voice Technologies LLC

| | |
|---|---|
| Dated: | */s/ Timothy S. Teter* |
| | TIMOTHY S. TETER (171451) |
| | (teterts@cooley.com) |
| | BENJAMIN G. DAMSTEDT (230311) |
| | (bdamstedt@cooley.com) |
| | COOLEY LLP |
| | 3175 Hanover St. |
| | Palo Alto, CA  94304 |
| | Telephone:    (650) 843-5000 |
| | Facsimile:    (650) 849-7400 |
| | |
| | EAMONN GARDNER (pro hac vice) |
| | (egardner@cooley.com) |
| | MATTHEW LEARY (pro hac vice) |
| | (mleary@cooley.com) |
| | COOLEY LLP |
| | 380 Interlocken Crescent, Suite 900 |
| | Broomfield, CO 80021-8023 |
| | Telephone:    (720) 566-4000 |
| | Facsimile:    (720) 566-4099 |
| | |
| | *Attorneys for Defendant Apple Inc.* |

Attestation:  I hereby attest that counsel whose e-signature appears in the signature block have concurred with this filing.

*/s/ Timothy S. Teter*
Timothy S. Teter

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 04/02/2015

Hon. Claudia Wilken
United States District Judge

115275575